955 A.2d 347

**Troy J. MAYER, Appellant**

v.

**Louis FOLINO, Jeffrey Beard, Pennsylvania Department of Corrections, Appellees.**

Supreme Court of Pennsylvania.

Aug. 18, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 18th day of August, 2008, the Order of the Commonwealth Court is hereby **AFFIRMED,** Appellant's Motion for Immediate Appointment of Counsel is **DISMISSED AS MOOT.**